**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 9:24-cv-80059-DMM**

HOWARD COHAN,

     Plaintiff,

vs.

FT BOCA, LLC,
d/b/a FIOLINA,

     Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, FT BOCA, LLC, d/b/a FIOLINA ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties twenty (20) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 27th day of March, 2024.

BY:  */s/ Jason S. Weiss*                           BY:  */s/ James W. Carpenter*

     Jason S. Weiss                                   JAMES W. CARPENTER, ESQ.
     Jason@jswlawyer.com                         Florida Bar No. 654256
     Florida Bar No. 356890                     Email: jwc@angelolaw.com
     **WEISS LAW GROUP, P.A.**               **ANGELO & BANTA, P.A.**
     5531 N. University Drive, Suite 103     SunTrust Center, Suite 650
     Coral Springs, FL 33067                  515 East Las Olas Blvd.
     Tel: (954) 573-2800                       Fort Lauderdale, FL 33301
     Fax: (954) 573-2798                     Telephone: 954-766-9930
     *Attorneys for Plaintiff*                 Facsimile: 954-766-9937