UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80059-CIV-DAMIAN

HOWARD COHAN,

     Plaintiff,

v.

FT BOCA, LLC,

     Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the parties' Joint Stipulation of Dismissal With Prejudice [ECF No. 15], filed April 4, 2024. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This matter is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs.

2. This case shall remain **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on April 4th, 2024.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record